# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 24-8462-JPR**                                                          Date: **January 14, 2025**
Title:  **Satish Chander Bahl v. Cunard Cruise Line et al.**
===============================================================

**DOCKET ENTRY: Order to Show Cause Why This Case Should Not Be Dismissed for Failure to Prosecute**

===============================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANTS:
       None present                                                                      None present

**PROCEEDINGS: (IN CHAMBERS)**

On October 1, 2024, Plaintiff filed a paid civil Complaint raising personal-injury and negligence claims against a business entity.  Three days later, Plaintiff filed a summons form that included a completed proof-of-service page[1] and was docketed as "Service Under FRCP 5(b)(2)(D)."  (ECF No. 4.)  On October 10, the Clerk issued a notice to filer of deficiencies indicating that no summons request was filed and that service was not properly effected.  (See ECF No. 5 at 1.)  On December 16, Plaintiff filed an essentially identical summons form that included a blank proof-of-service page and was docketed as "Request for Clerk to Issue Summons on Deficiency in Filed Documents."  (ECF No. 6.)  The next day, the Clerk issued another notice of deficiencies, this time explaining that the "caption of the summons must match the caption of the complaint verbatim" and describing how to correct it.  (ECF No. 7 at 1.)  The notice also warned that "[t]he summons cannot be issued until this defect has been corrected."  (Id.)  Plaintiff has not filed a corrected summons request.

Under Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve the

---

[1] The proof of service states that the summons was served on October 3, 2024.  (ECF No. 4 at 2.)

| MINUTES FORM 11 | Initials of Deputy Clerk : bm |
|---|---|
| CIVIL-GEN | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.    **CV 24-8462-JPR**                                           **January 14, 2025**
    <u>**Satish Chander Bahl v. Cunard Cruise Line et al.**</u>                      **Page 2**

------------------------------------------------------------

Complaint and summons on Defendants by no later than December 30, 2024, and file proof of service.  <u>See also</u> Fed. R. Civ. P. 4(l)(l) (requiring proof of service by affidavit).  Under new Local Rule 4-6, proof of service must be filed "within 14 days of service of the summons and complaint or receipt of a notice and acknowledgment of service."  Thus, the proof of service was due no later than January 13, 2025.  To date, Plaintiff has not filed a compliant proof of service, nor have Defendants appeared in any way.

      No later than seven days from the date of this order, Plaintiff must show cause in writing why this lawsuit should not be dismissed for failure to effect service and failure to prosecute.  If he does not timely respond, this lawsuit may be dismissed.

MINUTES FORM 11                                             Initials of Deputy Clerk _bm_____
CIVIL-GEN